1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VALORI STOICAN, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br>          vs.<br><br>CELLCO PARTNERSHIP dba VERIZON WIRELESS; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: _____<br><br>**CLASS ACTION COMPLAINT FOR:**<br><br>(1)  VIOLATION OF THE FEDERAL COMMUNICATIONS ACT;<br><br>(2)  DECLARATORY RELIEF UNDER THE DECLARATORY JUDGMENT ACT;<br><br>(3)  BREACH OF CONTRACT; AND<br><br>(4) VIOLATION OF WASHINGTON CONSUMER PROTECTION ACT<br><br>JURY DEMAND |

1
**COMPLAINT**

# I. NATURE OF THE ACTION

1.1     This is a consumer class action for, *inter alia*, violations of federal law, Washington state law and common law arising out of defendant's placement of deceptive, misleading and unauthorized charges on consumers' bills.  This wrongful conduct predictably involves small amounts of damages, and defendant is attempting to carry out a scheme to deliberately cheat large numbers of consumers out of individually small sums of money.  Plaintiff brings this action in her own right and on behalf of a Washington state class of all others similarly situated.

1.2     All allegations made in this Complaint are based upon information and belief except those allegations that pertain to the plaintiff, which are based on personal knowledge.  Each allegation in this Complaint either has evidentiary support or, alternatively, pursuant to Rules 8(e)(2) and 11(b)(3) of the Federal Rules of Civil Procedure, is likely to have evidentiary support after a reasonable opportunity for further investigation or discovery.

# II. JURISDICTION AND VENUE

2.1     Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 because this matter involves a federal question, namely a violation of 47 U.S.C. § 201.  Further, pursuant to 47 U.S.C. § 207, jurisdiction is proper in this Court because this is a suit for the recovery of damages under the provisions of the Federal Communications Act.  Jurisdiction is also conferred on this Court by 28 U.S.C. § 1332(d), as amended by the Class Action Fairness Act of 2005.  In addition, under 28 U.S.C. § 1367, this Court may exercise supplemental jurisdiction over the state law claims because all of the claims are derived from a common nucleus of operative facts and are such that Plaintiff ordinarily would expect to try them in one judicial proceeding.

2.2     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) and 1446(a) because the defendant transacts substantial business within, and is subject to personal jurisdiction in, this judicial district, and because a

substantial part of the events giving rise to the claims asserted herein took place in this judicial district.

## III. PARTIES

3.1    Plaintiff Valori M. Stoican (hereinafter "Plaintiff Stoican") is, and at all times relevant to the claims alleged herein was, a resident of Allyn, Washington.

3.2    Defendant Cellco Partnership (hereinafter "Cellco" or "Defendant") is, and at all times relevant hereto was, a Delaware general partnership with its principal place of business located in Bedminster, New Jersey.  Cellco conducts business under the name Verizon Wireless.

3.3    Plaintiff Stoican is unaware of the true names, identities and capacities of the defendants sued herein as DOES 1 through 10.  Plaintiff Stoican will amend this Complaint to allege the true names and capacities of DOES 1 through 10 when ascertained.  Plaintiff Stoican is informed and believes, and thereupon alleges, that each of the defendants sued herein as a DOE is legally responsible in some manner for the events and happenings set forth herein, and has proximately caused injuries and damages to Plaintiff Stoican as set forth below.

3.4    Whenever, in this Complaint, reference is made to any act, deed or conduct of Defendant, the allegation means that Defendant engaged in the act, deed or conduct by or through one or more of its officers, directors, agents, employees or representatives who was actively engaged in the management, direction, control or transaction of the ordinary business and affairs of Defendant.

## IV. FACTUAL BACKGROUND

4.1    Plaintiff Stoican has been a Verizon Wireless customer for more than 10 years.  Each month she receives a monthly bill from Defendant detailing her wireless telephone charges.

4.2    In or about March 2009, Plaintiff Stoican went into the Verizon Wireless store to add a line to her existing Family SharePlan.  At the store, Plaintiff

1  Stoican was offered a free 30-day trial of a service called Verizon Navigator.

2  According to Defendant's website, Verizon Navigator is a $9.99/month service

3  that "uses GPS positioning to tell you where you are, what's nearby, and to give

4  you directions - quickly and easily." Plaintiff Stoican decided that she did not want

5  the service and declined Defendant's offer to add the Verizon Navigator service to

6  her phone.

7      4.3    Despite Plaintiff Stoican declining this service, beginning with

8  Plaintiff Stoican's May 13, 2009 bill, under the section of Plaintiff Stoican's bills

9  labeled "Charges", unauthorized charges appeared each and every month for more

10  than 9 months.  These charges were labeled "VZ Navigator – Advanced Devices",

11  were always $9.99 each and appeared on only one line of one page buried deep in

12  Plaintiff Stoican's bill.

13      4.4    When Plaintiff Stoican noticed these charges, she contacted

14  Defendant about these charges and informed Defendant that this must be a mistake

15  because she specifically refused to have the Verizon Navigator service added to

16  her phones and because that service was never utilized by her phones.

17      4.5    Despite the fact that she did not order or use the Verizon Navigator

18  service, Plaintiff Stoican was told by the Verizon Wireless customer service

19  representative that it was the company policy to only refund three months worth of

20  charges.  Plaintiff Stoican asked to speak to a supervisor, was transferred to a

21  supervisor and was told "our position is that if you took more than three months to

22  find the problem, then it's really your own fault you paid so much."

23      4.6    Plaintiff Stoican has paid each bill in full, including many

24  unauthorized charges for which she has not received a credit.

25      4.7    In addition, the "VZ Navigator – Advanced Devices" entries on

26  Defendant's billing statements to its customers are not sufficiently clear in

27  presentation and are not specific enough in content to enable a reasonable

28  consumer to accurately assess whether the services for which he/she was billed

1  correspond to those services that he/she has requested and received.  True and
2  correct copies of excerpts from Plaintiff Stoican's monthly billing statements for
3  May 2009, June 2009 and September 2009 are attached hereto collectively as
4  Exhibit "A".

5  ### V. CLASS ACTION ALLEGATIONS

6      5.1    Plaintiff Stoican brings this action, on behalf of herself and all others
7  similarly situated, as a class action pursuant to Rule 23 of the Federal Rules of
8  Civil Procedure.  The class that Plaintiff Stoican seeks to represent is defined as:
9  all residents of the State of Washington who have been charged and have paid for
10 the Verizon Navigator service after cancelling such service or without ever
11 specifically requesting such service from Defendant ("the Class").

12     5.2    This action is brought and properly may be maintained as a class
13 action pursuant to the provisions of F.R.Civ.P. 23(a)(1)-(4) and 23(b)(1), (b)(2) or
14 (b)(3) and satisfies the requirements thereof.

15     5.3    While the exact number of members of the Class is unknown to
16 Plaintiff Stoican at this time and can only be determined by appropriate discovery,
17 membership in the Class is ascertainable based upon the billing records maintained
18 by Defendant.  Indeed, many Verizon Wireless customers are complaining about
19 this same problem on the Internet:

20         5.3.1  On the website  http://800notes.com/Phone.aspx/1-800-350-
21 2830, an Internet poster named Valerie claims: "I was being charged for Navigator
22 since Jan. 14 on my Verizon account. Verizon says I downloaded the Navigator
23 program on my cell phone on Jan. 14. I know that I did not download the program.
24 . . . Verizon has been charging me an extra $10.00 a month for the Navigator
25 program that I do not use and did not download."

26         5.3.2  On the website  http://text.broadbandreports.com/shownews/
27 Verizon-To-Refund-Millions-For-Unwanted-Ring-Tones-103115    an    Internet
28 poster wrote: "I wonder if they're also going to stop charging people for "free

5

trials" that they've tried to cancel repeatedly. When I upgraded my phone around the beginning of the year, it came with some free trials (VZW Navigator & something else.) I never even tried it out, so I cancelled it a week before the trial period was even up -- or so I thought. For the next few months, they kept trying to bill me for it anyway. I'd call in, get a credit issued, and supposedly the services I didn't want were cancelled. Then the same thing would happen next month. . . I understand mistakes and glitches happen, and I wouldn't be too upset if it had happened just once. But for it to happen repeatedly like this is simply inexcusable."

     5.3.3 On the website http://www.my3cents.com/companyReview.cgi? compid=556&subcat=6 an Internet poster wrote: "Unbelievable is the first word that comes to mind related to. . . the nightmare, that dealing with Verizon has been for myself and my family since May of 2008 . . . . Our bills reflect services we have never requested (navigator, unlimited games etc.). Hours and hours (at least 20 in total over the last months) on hold with Verizon Wireless who then transfer us to the landline bill pay center who transfer us to "one bill" and none of these folks can help us. They each refer to the other. A 1/2 day of PTO time wasted last week to visit the Verizon Store and guess what? They could not help either."

     5.3.4 On the website http://coreyshields.com/node/69 an Internet poster wrote: "When Linds' got her new phone, they asked if we wanted VZ Navigator and some other service. I told them no. She said that I had the VZ Nav. for free for one month and all I had to do was cancel it on the phone. I marked it on the calendar and made sure that I canceled it before the month was over. The next bill I had a $10.99 charge for VZ Navigator."

    5.4   At this time, Plaintiff Stoican is informed and believes that the Class likely includes thousands of members. Therefore, the Class is sufficiently numerous that joinder of all members of the Class and in a single action is impracticable under F.R.Civ.P. 23(a)(1), and the resolution of their claims through the procedure of a class action will be of benefit to the parties and the Court.

5.5    Common questions of law and fact exist as to the members of the Class, as required by F.R.Civ.P. 23(a)(2), and predominate over any questions that affect only individual members of the Class within the meaning of F.R.Civ.P. 23(b)(3).

5.6    The common questions of fact include, but are not limited to, the following:

5.6.1  whether Defendant has engaged in a practice of unauthorized billing for Verizon Navigator;

5.6.2  whether Defendant fully and adequately disclosed to consumers its billing policies and practices for Verizon Navigator; and

5.6.3  whether the class members have sustained damages as a result of Defendant's practice of unauthorized billing for Verizon Navigator and, if so, the proper measure and appropriate formula to be applied in determining such damages.

5.7    The questions of law that are common to the members of the Class include, but are not limited to, the following:

5.7.1  whether Defendant's practice of unauthorized billing for Verizon Navigator and/or Defendant's failure to make full and adequate disclosures to its customers concerning its billing practices violates §201(b) of the Federal Communications Act;

5.7.2  whether the class members are entitled to the declaratory relief sought herein;

5.7.3  whether Defendant's practice of unauthorized billing for Verizon Navigator and/or Defendant's failure to make full and adequate disclosures to its customers concerning its billing practices constitutes a breach of the terms and conditions of the class members' contractual agreements with Defendant; and

5.7.4  whether Defendant's practice of unauthorized billing for

COMPLAINT

Verizon Navigator and/or Defendant's failure to make full and adequate disclosures to its customers concerning its billing practices constitutes an unfair or deceptive act or practice in violation of the Washington Consumer Protection— Unfair Business Practices Act ("CPA"), RCW 19.86.020.

5.8     Plaintiff Stoican's claims are typical of the claims of the other members of the Class whom she seeks to represent under F.R.Civ.P. 23(a)(3) because Plaintiff Stoican and each member of the Class have been subjected to the same improper billing practices and have been damaged in the same manner thereby.

5.9     Plaintiff Stoican will fairly and adequately represent and protect the interests of the Class as required by F.R.Civ.P. 23(a)(4).  Plaintiff Stoican is an adequate representative of the Class because she has no interests that are adverse to the interests of the other members of the Class.  Plaintiff Stoican is committed to the vigorous prosecution of this action and, to that end, Plaintiff Stoican has retained counsel who are competent and experienced in handling class action litigation on behalf of consumers.

5.10    A class action is superior to any other available methods for the fair and efficient adjudication of the claims asserted in this action under F.R.Civ.P. 23(b)(3) since:

5.10.1 the expense and burden of individual litigation make it economically unfeasible for class members to seek redress other than through the procedure of a class action;

5.10.2 if separate actions were brought by individual class members, the resulting duplicity of lawsuits would cause undue hardship and expense to the Court and the litigants by necessitating multiple trials of similar factual issues; and

5.10.3 absent a class action, Defendant likely would retain the benefits of its wrongdoing, and there would be a failure of justice.

5.11    In the alternative, this action is certifiable under the provisions of

F.R.Civ.P. 23(b)(1) and/or 23(b)(2) because:

5.11.1 the prosecution of separate actions by individual class members would create a risk of inconsistent or varying adjudications with respect to individual class members that would establish incompatible standards of conduct for Defendant;

5.11.2 the prosecution of separate actions by individual class members would create a risk of adjudications as to them that would, as a practical matter, be dispositive of the interests of the other class members not parties to the adjudications, or substantially impair or impede their ability to protect their interests; and

5.11.3 Defendant has acted or refused to act on grounds generally applicable to the Class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the Class as a whole and necessitating that any such relief be extended to the class members on a mandatory, class wide basis.

5.12   Plaintiff Stoican is aware of no difficulty that will be encountered in the management of this litigation which should preclude its maintenance as a class action.

5.13   The names and addresses of the members of the Class are available from Defendant's records.  Notice can be provided to the members of the Class via first class mail or otherwise using techniques and a form of notice similar to those customarily used in consumer class actions arising under Washington state law and federal law.  Specifically, notice can be provided to the members of the Class who are current customers of Defendant by including a bill insert notice in the monthly wireless telephone bills sent to Defendant's customers, with the minimal cost of such notice to be borne by Defendant.

///

///

## FIRST CLAIM FOR RELIEF

### (Violation Of The Federal Communications Act,

### 47 U.S.C. § 201)

6.1    Plaintiff Stoican repeats and incorporates herein by reference each and every allegation in paragraphs 1.1 through 5.13, inclusive, as though fully set forth herein.

6.2    Plaintiff Stoican brings this claim for relief on behalf of herself and the members of the Class.

6.3    Defendant is a common carrier engaged in interstate wireless communication for the purpose of furnishing communication services within the meaning of §201(a) of the Federal Communications Act ("FCA").

6.4    Defendant's practice of unauthorized billing for Verizon Navigator constitutes an unjust and unreasonable charge and practice in connection with communication services and, therefore, violates §201(b) of the FCA.  In addition, Defendant's failure to make full and adequate disclosures to its customers concerning the services being provided to them violates CFR § 64.2401 and, therefore, violates §201(b) of the FCA.

6.5    As a direct and proximate result of Defendant's violation of §201(b) of the FCA, Plaintiff Stoican and each member of the Class have been damaged in an amount according to proof at trial.

## SECOND CLAIM FOR RELIEF

### (Declaratory Relief Under The Declaratory Judgment Act,

### 28 U.S.C. § 2201, et seq.)

7.1    Plaintiff Stoican repeats and incorporates herein by reference each and every allegation in paragraphs 1.1 through 5.13, inclusive, as though fully set forth herein.

7.2    Plaintiff Stoican brings this claim for relief on behalf of herself and the members of the Class.

7.3    An actual controversy has arisen and now exists between Plaintiff Stoican and the class members, on one hand, and Defendant, on the other hand, concerning their respective rights and duties in that Plaintiff Stoican and the class members contend that Defendant is engaging in and continues to engage in unauthorized billing practices for Verizon Navigator and is failing to make full and adequate disclosures to its customers concerning the services being provided to them, while Defendant contends that its actions and conduct are lawful and proper.

7.4    A judicial declaration is necessary and appropriate at this time, under the circumstances presented, in order that Plaintiff Stoican and the members of the Class may ascertain their rights and duties with respect to Defendant's practices.

## THIRD CLAIM FOR RELIEF

### (Breach Of Written Contract)

8.1    Plaintiff Stoican repeats and incorporates herein by reference each and every allegation in paragraphs 1.1 through 5.13, inclusive, as though fully set forth herein.

8.2    Plaintiff Stoican brings this claim for relief on behalf of herself and the members of the Class.

8.3    Plaintiff Stoican and Defendant entered into a written contract under which Defendant agreed to provide Plaintiff Stoican with wireless telephone service.

8.4    Plaintiff Stoican and each member of the Class are parties to written contracts, namely wireless telephone service agreements, with Defendant that are uniform with respect to the provisions applicable to the claims asserted against Defendant.

8.5    Plaintiff Stoican and the members of the Class have performed all conditions, covenants, and promises required to be performed on their part in accordance with the terms and conditions of the wireless telephone service agreements, except to the extent such performance was excused, released or

waived by the actions, conduct or agreement of Defendant.

8.6     Defendant breached its contractual obligations under the wireless telephone service agreements with Plaintiff Stoican and each member of the Class by engaging in the practice of unauthorized billing for Verizon Navigator and by failing to make full and adequate disclosures to its customers concerning the services being provided to them.  In addition, Defendant breached its contractual obligations under the wireless telephone service agreements by either cramming Verizon Navigator services on its customers' accounts or continuing to bill its customers for Verizon Navigator service after the customers had cancelled the service.

8.7     As a direct and proximate result of Defendant's breach of the wireless telephone service agreements, Plaintiff Stoican and each member of the Class have been damaged in an amount according to proof at trial.

## FOURTH CLAIM FOR RELIEF

### (Violation of Washington Consumer Protection—

### Unfair Business Practices Act)

9.1     Plaintiff Stoican repeats and incorporates herein by reference each and every allegation in paragraphs 1.1 through 5.13, inclusive, as though fully set forth herein.

9.2     Plaintiff Stoican brings this claim for relief on behalf of herself and the members of the Class. 9.3     Defendant has committed one or more violations of the *Washington Consumer Protection Act*, Washington Revised Code, Section 19.86.010, *et seq.* ("Washington CPA") because Defendant has, *inter alia*: (1) engaged in the practice of unauthorized billing for Verizon Navigator; (ii) crammed Verizon Navigator services on customers' accounts; (iii) continued to bill customers for Verizon Navigator services after the customers have cancelled the service; (iv) failed to make full and adequate disclosures to its customers

concerning the services being provided to them; and (v) refused to credit back more than three months worth of crammed charges.

9.4    Defendant's unfair or deceptive acts or practices repeatedly occurred in Defendant's trade or business as part of a pattern or generalized course of conduct, and were capable of deceiving a substantial portion of the public.

9.5    The acts and practices of Defendant are unlawful because they violate, inter alia, §201(b) of the FCA.

9.6    The acts and practices of Defendant are unfair, even if not unlawful, because they impose charges upon consumers for services that were not authorized by and/or not adequately disclosed to consumers.

9.7    Defendant's acts and practices are continuing in nature.

9.8    As a direct and proximate cause of Defendant's unfair or deceptive acts or practices, Plaintiff Stoican and the Class have suffered actual damages, in that Plaintiff Stoican and Class members have paid for the crammed Verizon Navigator service.

9.9    As a result of Defendant's unfair and deceptive practices, Plaintiff Stoican and the Class are entitled, pursuant to RCW 19.86.090, to recover treble damages, reasonable attorneys' fees, and costs.

9.10   Unless Defendant is enjoined from continuing to engage in these unfair and deceptive practices, Plaintiff Stoican and the other members of the Class will continue to be injured and damaged by Defendant's acts and practices.

## **JURY DEMAND**

10.1   Plaintiff Stoican demands a trial by jury of all issues and claims so triable in this action.

///

///

///

# RELIEF REQUESTED

Plaintiff Stoican, on behalf of herself and all others similarly situated, requests that the Court enter judgment against Defendant as follows:

11.1   Class Action Certification.   For certification of the proposed Class pursuant to Fed. R. Civ. P. 23;

11.2   Notice.   For a declaration that Defendant is financially responsible for notifying all Class members about this litigation;

11.3   Under the FCA, 47 U.S.C. § 206.   For an award of compensatory damages, restitution, attorneys' fees, and other costs as allowed under the FCA and in an amount to be proven at trial;

11.4   Under the Common Law.   For an award of compensatory damages and restitution as allowed under the common law and in an amount to be proven at trial;

11.5   Under the Washington CPA.   For an award of treble damages, attorneys' fees, and other costs as allowed under the Washington CPA and in an amount to be proven at trial

11.6   Under the Declaratory Judgment Act.   For an order declaring the respective rights of Plaintiff Stoican and Class members and the duties of Defendant regarding the Defendant's practices;

11.7   Injunctive Relief.   For an order enjoining Defendant from engaging in the acts and practices alleged with respect to the Verizon Navigator services;

11.8   Attorneys' Fees and Other Costs.   For an award of Plaintiff Stoican's and Class members' reasonable attorneys' fees and other costs, as provided by law;

11.9   Interest.   For an award of pre-judgment and post-judgment interest, as provided by law;

11.10   Leave to Amend.   For leave to amend these pleadings to conform to the evidence adduced  during discovery and/or presented at trial; and

11.11   Other Relief.   For such other relief as this Court deems just and

1 | equitable.

2 |     Dated this 21 day of June, 2010.

3

4 |                       **FOLEY BEZEK BEHLE & CURTIS** LLP

5

6 |               By: _____

7 |                     Peter J. Bezek, WSBA #7900
                    pbezek@foleybezek.com

8 |                     Robert A. Curtis (pending pro hac vice)
                    rcurtis@foleybezek.com

9 |                     15 West Carrillo Street

10 |                     Santa Barbara, CA 93101

11 |                     Telephone:  (805) 962-9495
                    Facsimile:  (805) 962-0722

12

13 |               **ARIAS OZZELLO & GIGNAC** LLP

14 |                     J.Paul Gignac (pending pro hace vice)
                    j.paul@aogllp.com

15 |                     115 South La Cumbre Lane, Ste. 300

16 |                     Santa Barbara, CA 93105
                    Telephone:  (805) 683-7400

17 |                     Facsimile:  (805) 683-7401

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# EXHIBIT A

P.O. BOX 105378
ATLANTA, GA  30348

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| My Verizon at www.verizonwireless.com | 620556422-00001 | 05/13/09 |
| | Invoice Number | 1541249311 |

KEYLINE
0 9635211670

VALORI M STOICAN
PO BOX 1005
ALLYN, WA  98524–1005

## Quick Bill Summary

Mar 19 - Apr 18

| | |
|---|---|
| Previous Balance (see back for details) | $261.89 |
| Payment – Thank You | −$261.89 |
| Adjustments | −$27.75 |
| **Credit Balance** | **−$27.75** |
| Monthly Access Charges | $201.01 |
| Usage Charges | |
|     Voice | $.00 |
|     Data | $4.98 |
| Verizon Wireless' Surcharges and Other Charges & Credits | $31.27 |
| Taxes, Governmental Surcharges & Fees | $15.08 |
| **Total Current Charges** | **$252.34** |

**Total Charges Due by May 13, 2009**　　　　　　**$224.59**

### Change to Your Service
*This bill includes monthly access charges for your next bill cycle.
*Due to your recent plan or feature change, this bill may include adjustments to your monthly access charges.
*Usage charges are for your voice, TXT/PIX/FLIX and data usage from your last bill cycle.

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Verizon at www.verizonwireless.com | 1.800.922.0204 or *611 from your wireless |

VE

| | |
|---|---|
| Bill Date | April 18, 2009 |
| Account Number | 620556422-00001 |
| Invoice Number | 1541249311 |

VALORI M STOICAN
PO BOX 1005
ALLYN, WA  98524–1005

## Total Amount Due by May 13, 2009

Make check payable to Verizon Wireless
Please return this remit slip with payment

$224.59



PO BOX 660108
DALLAS, TX  75266–0108

0B6377121960

☐ Check here and fill out the back of this slip if your billing address
has changed or you are adding or changing your email address.

265235: 42212173166753311112111136345111133356: 7



| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 1541249311 | 620556422-00001 | 05/13/09 | 17 of 24 |

## Summary for Valori Stoican: 360–801–4220

### Your Calling Plan

**Nationwide Select Family Share Primary 1400**
**$110 S4975 1107**
(see pg 3)

**Email & Web for BlackBerry**
**3/19 – 3/19**
$29.99 monthly access charge
Unlimited monthly kilobyte

Beginning on 03/17/09:
**20% – Feature Discount**

Beginning on 03/17/09:
**1 MO Free VZ Navigator**

### Charges

**Monthly Access Charges**

| | |
|---|---|
| Current Calling Plan Add'l Line  Refund 03/20 – 04/18 | −9.67 |
| Previous Data Plan Refund 03/20 – 04/18 | −29.02 |
| 20% – Feature Discount 03/20 – 04/18 | 5.81 |
| TEC Insurance – **Asurion**  Refund  03/20 – 04/18 | −5.80 |
| VZ Navigator –Advanced Devices –  Refund  03/20 – 04/18 | −9.67 |
| 1 MO Free VZ Navigator – 03/20 – 04/18 | 9.67 |
| | −$38.68 |

**Usage Charges**

| | |
|---|---|
| Voice | .00 |
| Data | .00 |
| | $.00 |

**Verizon Wireless' Surcharges**

| | |
|---|---|
| Fed Universal Service Charge | −.21 |
| | −$.21 |

**Taxes, Governmental Surcharges and Fees**

| | |
|---|---|
| WA State Sales Tax | −.64 |
| Mason Cnty Sales Tax | −.19 |
| | −$.83 |
| **Total Current Charges for 360–801–4220** | **−$39.72** |

## Usage Charges

| Voice | Allowance | Used | Billable | Cost |
|---|---|---|---|---|
| Mobile to Mobile (03/19 – 03/19) | minutes | unlimited | 1 | — | —– |
| **Total Voice** | | | | | **$.00** |
| Data | | | | | |
| Kilobyte Usage (03/19 – 03/20) | kilobytes | unlimited | 4146 | —– | —– |
| **Total Data** | | | | | **$.00** |
| **Total Usage Charges** | | | | | **$.00** |

Ex A pg 2 of 6

P.O. BOX 105378
ATLANTA, GA 30348

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| My Verizon at www.verizonwireless.com | 620556422-00001 | 06/13/09 |
| | Invoice Number | 1551995798 |

KEYLINE
0 9635211670

VALORI M STOICAN
PO BOX 1005
ALLYN, WA 98524–1005

## Quick Bill Summary

Apr 19 - May 18

| | |
|---|---|
| Previous Balance (see back for details) | $224.59 |
| Payment – Thank You | −$224.59 |
| **Balance Forward** | **$.00** |
| Monthly Access Charges | $175.73 |
| Usage Charges | |
| Voice | $.00 |
| Data | $.00 |
| Verizon Wireless' Surcharges and Other Charges & Credits | $4.61 |
| Taxes, Governmental Surcharges & Fees | $11.36 |
| **Total Current Charges** | **$191.70** |

**Total Charges Due by June 13, 2009**          **$191.70**

**Introducing Friends & Family®**
Get Unlimited calling to the numbers you call most! Anywhere in America. Anytime. Check the back of this bill for details.

Or visit www.verizonwireless.com/myverizon

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Verizon at www.verizonwireless.com | 1.800.922.0204 or *611 from your wireless |

VE

Bill Date          May 18, 2009
Account Number     620556422-00001
Invoice Number     1551995798

VALORI M STOICAN
PO BOX 1005
ALLYN, WA 98524–1005

## Total Amount Due by June 13, 2009

Make check payable to Verizon Wireless
Please return this remit slip with payment                    $191.70

$ ☐☐☐ . ☐☐

PO BOX 660108
DALLAS, TX 75266–0108

0836377121960

Check here and fill out the back of this slip if your billing address has changed or you are adding or changing your email address.

2662: : 68: 91217316675331111211112: 28111112: 2817



| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 1551995798 | 620556422-00001 | 06/13/09 | 12 of 22 |

## Summary for Valori Stoican: 360–434–0004

### Your Calling Plan

**Nationwide Select Family Share Primary 1400
$110 S4975 1107**
(see pg 3)

**Email & Web for BlackBerry**
$29.99 monthly access charge
Unlimited monthly kilobyte

**Beginning on 03/20/09:**
20% – Feature Discount

**Unl Night & Weekend Min**
Unlimited monthly OFFPEAK

**M2M National Unlimited**
Unlimited monthly Mobile to Mobile

**Unl Picture/Video MSG**
Unlimited monthly PIX–FLIX

**Unl Text Messaging**
Unlimited monthly M2M TXT
Unlimited monthly TXT Message

**Friends & Family – Fs Sec**

### Charges

**Monthly Access Charges**

| | |
|---|---|
| Current Calling Plan Add'l Line  05/19 – 06/18 | 9.99 |
| Current Data Plan 05/19 – 06/18 | 29.99 |
| 20% – Feature Discount 05/19 – 06/18 | –6.00 |
| TEC Insurance – Asurion 05/19 – 06/18 | 5.99 |
| VZ Navigator –Advanced Devices – 05/19 – 06/18 | 9.99 |
| | **$49.96** |

**Usage Charges**

| | |
|---|---|
| Voice | .00 |
| Data | .00 |
| | **$.00** |

**Verizon Wireless' Surcharges**

| | |
|---|---|
| Fed Universal Service Charge | .24 |
| Regulatory Charge | .07 |
| Administrative Charge | .85 |
| | **$1.16** |

**Taxes, Governmental Surcharges and Fees**

| | |
|---|---|
| WA State E911 Fee | .20 |
| Mason Cnty 911 Surchg | .50 |
| WA State Sales Tax | .72 |
| Mason Cnty Sales Tax | .21 |
| | **$1.63** |

| Total Current Charges for 360–434–0004 | **$52.75** |
|---|---|

### Usage Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| SharePlan | minutes | 1400 (shared) | 19 | –– | –– |
| Mobile to Mobile | minutes | unlimited | 43 | –– | –– |
| Night/Weekend | minutes | unlimited | 3 | –– | –– |
| **Total Voice** | | | | | **$.00** |
| **Data** | | | | | |
| **Unbilled Usage from Previous Months** | | | | | |
| Kilobyte Usage | kilobytes | –– | 2 | –– | –– |
| **Current Data Usage** | | | | | |
| TXT Messaging | messages | unlimited | 214 | –– | –– |
| Unlimited M2M TXT | messages | unlimited | 968 | –– | –– |
| PIX–FLIX Messaging | messages | unlimited | 19 | –– | –– |
| Kilobyte Usage | kilobytes | unlimited | 2184 | –– | –– |
| **Total Data** | | | | | **$.00** |
| **Total Usage Charges** | | | | | **$.00** |

P.O. BOX 105378
ATLANTA, GA 30348

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| My Verizon at www.verizonwireless.com | 620556422-00001 | 09/13/09 |
| | Invoice Number | 6305876351 |

KEYLINE
/9852410056/

VALORI M STOICAN
PO BOX 1005
ALLYN, WA 98524-1005

## Quick Bill Summary

Jul 19 - Aug 18

| | |
|---|---|
| Previous Balance (see back for details) | $380.66 |
| Payment — Thank You | −$400.00 |
| **Credit Balance** | **−$19.34** |
| Monthly Access Charges | $175.73 |
| Usage Charges | |
| Voice | $.00 |
| Data | $.00 |
| Verizon Wireless' Surcharges and Other Charges & Credits | $5.12 |
| Taxes, Governmental Surcharges & Fees | $11.40 |
| **Total Current Charges** | **$192.25** |

**Total Charges Due by September 13, 2009**        **$172.91**

---

**It's Easy being Green**
With Paperless Billing and AutoPay, you
can do your part for the environment,
save time and save on stamps.

Visit verizonwireless.com/myverizon

---

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Verizon at www.verizonwireless.com | 1.800.922.0204 or *611 from your wireless |

VE

Bill Date            August 18, 2009
Account Number       620556422-00001
Invoice Number       6305876351

VALORI M STOICAN
PO BOX 1005
ALLYN, WA 98524-1005

## Total Amount Due by September 13, 2009

Make check payable to Verizon Wireless
Please return this remit slip with payment                    $172.91

$ ☐☐☐ . ☐☐

PO BOX 660108
DALLAS, TX 75266-0108

/7526601085/

☐ Check here and fill out the back of this slip if your billing address
   has changed or you are adding or changing your email address.

6305876351010620556422000010000192250000172916



| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 6305876351 | 620556422-00001 | 09/13/09 | 14 of 19 |

## Summary for Valori Stoican: 360–434–0004

### Your Calling Plan

**Nationwide Select Family Share Primary 1400**
**$110 S4975 1107**
(see pg 3)

**Email & Web for BlackBerry**
$29.99 monthly access charge
Unlimited monthly kilobyte

**Beginning on 03/20/09:**
**20% – Feature Discount**

**Unl Night & Weekend Min**
Unlimited monthly OFFPEAK

**M2M National Unlimited**
Unlimited monthly Mobile to Mobile

**Unl Picture/Video MSG**
Unlimited monthly PIX–FLIX

**Unl Text Messaging**
Unlimited monthly M2M TXT
Unlimited monthly TXT Message

**Friends & Family – Fs Sec**

### Charges

**Monthly Access Charges**

| | |
|---|---|
| Current Calling Plan Add'l Line  08/19 – 09/18 | 9.99 |
| Current Data Plan 08/19 – 09/18 | 29.99 |
| 20% – Feature Discount 08/19 – 09/18 | –6.00 |
| TEC Insurance – **Asurion** 08/19 – 09/18 | 5.99 |
| VZ Navigator –Advanced Devices 08/19 – 09/18 | 9.99 |
| | **$49.96** |

**Usage Charges**

| | |
|---|---|
| Voice | .00 |
| Data | .00 |
| | **$.00** |

**Verizon Wireless' Surcharges**

| | |
|---|---|
| Fed Universal Service Charge | .28 |
| Regulatory Charge | .07 |
| Administrative Charge | .92 |
| | **$1.27** |

**Taxes, Governmental Surcharges and Fees**

| | |
|---|---|
| WA State E911 Fee | .20 |
| Mason Cnty 911 Surchg | .50 |
| WA State Sales Tax | .73 |
| Mason Cnty Sales Tax | .21 |
| | **$1.64** |

| Total Current Charges for 360–434–0004 | **$52.87** |
|---|---|

### Usage Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| SharePlan | minutes | 1400 (shared) | 20 | --- | --- |
| Mobile to Mobile | minutes | unlimited | 83 | --- | --- |
| Night/Weekend | minutes | 7 | --- | --- | |
| **Total Voice** | | | | | **$.00** |
| **Data** | | | | | |
| TXT Messaging | messages | unlimited | 831 | --- | --- |
| Unlimited M2M TXT | messages | unlimited | 708 | --- | --- |
| PIX–FLIX Messaging | messages | unlimited | 10 | --- | --- |
| Kilobyte Usage | kilobytes | unlimited | 440,167 | --- | --- |
| **Total Data** | | | | | **$.00** |
| **Total Usage Charges** | | | | | **$.00** |